**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2287**

———————

THE HEIRS OF WILLIE LANCE,

Plaintiff - Appellant,

versus

GEORGETOWN COUNTY WATER AND SEWER DISTRICT,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-98-1328-2-8BD)

———————

Submitted: November 5, 1998       Decided: November 18, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jesse R. Lance, Appellant Pro Se. William Walter Doar, Jr., MCNAIR
LAW FIRM, P.A., Georgetown, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesse Lance appeals the district court's orders dismissing without prejudice his "appeal" of a state court decision dismissing his challenge to a condemnation action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. The Heirs of Willie Lance v. Georgetown County Water & Sewer Dist., No. CA-98-1328-2-8BD (D.S.C. June 7 & July 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED